UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY D. JEFFREYS,<br><br>Defendant. | NO:  13-CR-146-RMP-1<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Defendant Greg Jeffreys pleaded guilty to Counts 1, 2, 3, and 4 of the Superseding Indictment in a companion case, Case No. 13-CR-12-RMP.  Pursuant to the Plea Agreement in that case, the Government agreed to dismiss the charges pending against Defendant Greg Jeffreys in this case and Case No. 13-CR-11-RMP following sentencing.  ECF No. 403 in Case No. 13-CR-12-RMP.

Mr. Jeffreys was sentenced in Case No. 13-CR-12-RMP on June 5, 2014, in accordance with the parties' Rule 11(c)(1)(C) plea agreement.[1]  At the conclusion of Defendant Jeffreys' sentencing, the Government made an oral motion to dismiss, pursuant to Federal Rule of Criminal Procedure 48(a), all charges pending in this case and Case No. 13-CR-11-RMP.  The Court granted the oral motion.

---

[1] Restitution was additionally litigated and entered pursuant to restitution amounts identified in the plea agreement as well as to contested amounts reserved for argument by the parties pursuant to the plea agreement.

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

1  This Order is intended to memorialize the Court's oral ruling granting the
2  Government's motion to dismiss the indictment with prejudice pursuant to Rule
3  48(a).
4  Accordingly, **IT IS HEREBY ORDERED** that the Government's oral
5  motion to dismiss the indictment is **GRANTED**.  The Indictment entered in this
6  case on September 18, 2013, is **DISMISSED WITH PREJUDICE** as to
7  Defendant Greg Jeffreys **only**.
8  The District Court Clerk is directed to enter this Order and provide copies to
9  counsel.
10  **DATED** this 16th day of June 2014.

    *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    Chief United States District Court Judge

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 2